1  Amy Lessa (SBN 202872)
        E-Mail: alessa@fisherphillips.com
2  Darcey M. Groden (SBN 296492)
        E-Mail: dgroden@fisherphillips.com
3  Augusta L. McCain (SBN 358182)
        E-Mail: amccain@fisherphillips.com
4  **FISHER & PHILLIPS LLP**
   4747 Executive Drive Suite 1000
5  San Diego, California 92121
   Telephone: (858) 597-9600
6  Facsimile: (858) 597-9601

7  Attorneys for Defendant
   TEEMA, INC.

8

                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11 JENNIFER RITTENHOUSE SNODDY, an      CASE NO.: 3:25-cv-04563-TSH
   individual; and, PREFERRED STAFFING,
12 INC., a California corporation,        *Removed from Contra Costa County*
                                          *Superior Court Case No. C25-01229*
13              Plaintiff,
                                          **DEFENDANT TEEMA, INC.'S**
14        v.                              **NOTICE OF PLAINTIFFS'**
                                          **COUNSEL RESHMA KAMATH'S**
15 TEEMA, a business entity; JEREMY       **DISBARMENT FROM PRACTICE**
   BROWN, an individual and C.E.O.; BRIAN **IN THE NORTHERN DISTRICT OF**
16 ANTENBRING, an individual and owner;   **CALIFORNIA**
   STEVE REIMER, an individual and C.O.O.;
17 and DOES 1-100, inclusive,            Magistrate Judge:  Thomas S. Hixson
                                          Courtroom E – 15th Floor
18              Defendants.
                                          State Complaint Filed: May 1, 2025
19                                        Trial Date:            Not Set

20

21

22

23

24

25

26

27

28

1    **TO THE COURT, PLAINTIFFS, AND PLAINTIFFS' COUNSEL:**

2        **PLEASE TAKE NOTICE** that Plaintiffs' counsel Reshma Kamath is disbarred

3    from practice in the Northern District of California. Attached is a true and correct copy of

4    the Attorney Bar Admission Status Lookup reflecting her disbarment. *See also Lee v.*

5    *Byrnes Special Works, LLC*, Case No. 3:24-cv-03629-RFL, ECF 22 (N.D. Cal. Nov. 14,

6    2024) ("It has come to the undersigned's attention that, on August 29, 2024, Plaintiff's

7    counsel in this matter, Reshma Kamath, was disbarred from practicing as an attorney in

8    this District.").

9    Dated: June 2, 2025                     Respectfully submitted,

10                                           **FISHER & PHILLIPS LLP**

11

12                                           By: */s/ Darcey M. Groden*
                                             _____
13                                           Amy Lessa
                                             Darcey M. Groden
14                                           Augusta L. McCain
                                             Attorneys for Defendants
15                                           TEEMA, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE OF PLAINTIFFS' COUNSEL RESHMA KAMATH'S
DISBARMENT FROM PRACTICE IN THE NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP and its business address is 4747 Executive Drive, Suite 1000, San Diego, California 92121.

On June 2, 2025, I served the following document entitled **DEFENDANT TEEMA, INC.'S NOTICE of PLAINTIFFS' COUNSEL RESHMA KAMATH'S DISBARMENT FROM PRACTICE IN THE NORTHERN DISTRICT OF CALIFORNIA** on all the appearing and/or interested parties in this action as follows:

Reshma Kamath (SBN 333800)
LAW OFFICE OF RESHMA KAMATH
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025

Telephone:  (650) 257-0719
Email: reshmakamath2021@gmail.com

*Attorney for Plaintiffs Jennifer Rittenhouse Snoddy and Preferred Staffing, Inc.*

☒     **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the State of California at whose direction the service was made.  Executed on June 2, 2025, at San Diego, California.

_____
Brandi D. Paape

Case No. 3:25-cv-04563-TSH