UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RITTENHOUSE SNODDY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TEEMA, INC., et al.,<br><br>Defendants. | Case No. 4:25-cv-04563-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 6 |

On May 30, 2025, this case was removed to federal court. (Dkt. No. 1.) On June 2, 2025, Defendant TEEMA, Inc. filed a notice informing the court that Plaintiff's counsel Reshma Kamath was disbarred from practicing in the Northern District of California. (Dkt. No. 6.) Indeed, Ms. Kamath was disbarred on August 29, 2024, and is, therefore, unable to represent her clients in this matter.

Accordingly, by **June 13, 2025**, Ms. Kamath is ORDERED TO SHOW CAUSE why she should not be removed as counsel in this matter pursuant to Civil Local Rule 11-1(a). In lieu of a response to this order to show cause, Ms. Kamath may file a motion to withdraw by that date that (a) verifies that Ms. Kamath complied with the disbarment order's requirement to notify Plaintiffs of her disbarment, (b) provides Plaintiffs' contact information, and (c) certifies that this Order to Show Cause has been served on Plaintiffs.

Additionally, Plaintiff Preferred Staffing, Inc. is a corporation and may not participate in this litigation without an attorney. *See* Civil L.R. 3-9(b). By **July 9, 2025**, Preferred Staffing is ORDERED to have new counsel file a notice of appearance (if Kamath has withdrawn) or a substitution of counsel (if Kamath has not yet withdrawn), or show cause why Preferred Staffing should not be dismissed from the case for failure to prosecute under Federal Rule of Civil

Procedure 41(b).

Plaintiff Jennifer Rittenhouse Snoddy is an individual and may proceed pro se, meaning that she may represent herself without an attorney. By **July 9, 2025**, Plaintiff Rittenhouse Snoddy is ORDERED to have new counsel file a notice of appearance (if Ms. Kamath has withdrawn) or a substitution of counsel (if Ms. Kamath has not yet withdrawn), or to provide a statement that Plaintiff Rittenhouse Snoddy intends to proceed without an attorney.

As of now, the briefing schedule set in connection with the pending motion to dismiss (Dkt. No. 13), filed on June 6, 2025, remains in effect.

IT IS SO ORDERED.

Dated: June 9, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge