UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RITTENHOUSE SNODDY, et al., | Case No. 25-cv-04563-RFL |
| Plaintiffs, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | Re: Dkt. No. 19 |
| TEEMA, INC., et al., | |
| Defendants. | |

The Court ordered Plaintiff Preferred Staffing Inc. to have its new counsel file a notice of substitution of counsel, or show cause why Preferred Staffing should not be dismissed from the case for failure to prosecute under Federal Rule of Civil Procedure 41(b) by July 9, 2025. The Court ordered Plaintiff Jennifer Rittenhouse Snoddy to file a notice of substitution of counsel, or to provide a statement that she intends to proceed without an attorney by that same date. Neither Plaintiff has made the required filings.

As the Court explained in its prior order (Dkt. No. 19), if Plaintiffs did not make the required filings by July 9, 2025, the case would be dismissed without further notice for failure to prosecute under Federal Rule of Civil Procedure 41(b). Accordingly, this case is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: July 15, 2025

RITA F. LIN
United States District Judge

1